# Exhibit C



FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP

PLEASE REPLY TO:
LONG ISLAND OFFICE
53 GIBSON STREET
BAY SHORE, NY 11706
Tel: (631) 969-3100
Fax: (631) 982-4513

To:
Subject: Ignacio M. Paneque and Sonia Paneque, husband and wife
Property Address: 4333 Sw Jarmer Rd Port Saint Lucie, FL 34953
Our File No.: 04-073806-F00
Date: January 15, 2016
Pages: 6, including this cover sheet.

COMMENTS:

Please find **REINSTATEMENT** figures which are **good through 01/22/2016**. Payment of said sum, on or before **01/22/2016**, will result in your loan being successfully reinstated.

Amount Due for Reinstatement.................................................................................**$45,066.73**

The above figure consists of (1) sums due the Bank to Reinstate plus (2) Outstanding attorneys' fees and disbursements. The amount you owe, including legal fees and costs, may increase between the date of this letter and the date that you reinstate the loan because the foreclosure process continues until such time as funds are tendered.

Payment must be made by check. All CHECKS MUST BE IN THE FORM OF CERTIFIED FUNDS OR MONEY ORDERS payable to **Bank of America, N.A.** in the amount referenced above. Said check(s) must be mailed to **Bank of America Home Loans**. Funds **must be received on or before 01/22/2016. Failure to timely remit sufficient funds will result in rejection and/or return of the funds and your account will not be reinstated.**

**ALL FIGURES MUST BE CONFIRMED, WITH THIS OFFICE, PRIOR TO REMITTING ANY CHECKS.** Our client reserves the right to adjust or correct the figures provided and to refuse any funds if they are insufficient to reinstate the loan in full for any reason, including but not limited to, an error in the calculation or additional disbursements made between the date of this statement and our client's receipt of funds.

**Your request for figures and the issuance of this letter does not stop the foreclosure process.**

Upon our client's receipt of satisfactory funds, our office will undertake to have the action discontinued and the notice of pendency cancelled, if applicable and necessary.

This is not an attempt to collect a debt that has been discharged in bankruptcy. This is not a demand for payment.

IF YOU ARE CURRENTLY IN A BANKRUPTCY PROCEEDING, OR HAVE PREVIOUSLY OBTAINED A DISCHARGE OF THIS DEBT UNDER APPLICABLE BANKRUPTCY LAW, THIS NOTICE IS FOR INFORMATION ONLY AND IS NOT AN ATTEMPT TO COLLECT THE DEBT, A DEMAND FOR PAYMENT, OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR THAT DEBT. YOU ARE NOT OBLIGATED TO DISCUSS YOUR HOME LOAN WITH OR ENTER INTO A LOAN MODIFICATION OR OTHER LOAN-ASSISTANCE PROGRAM. YOU SHOULD CONSULT WITH YOUR BANKRUPTCY ATTORNEY OR OTHER ADVISOR ABOUT YOUR LEGAL RIGHTS AND OPTIONS.

Should you have any questions, please contact our reinstatement/payoff department.

***PURSUANT TO FEDERAL LAW, PLEASE BE ADVISED THAT WE ARE ATTEMPTING TO COLLECT A DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.***

# REINSTATEMENT CALCULATION
Page 2 of 4

**Bank of America**
**Home Loans**

073806-s

C3_2215 ATTRIN01 17476 02/06/2012

**Notice Date:** December 28, 2015

**RE:** Bank of America, N.A.
Loan Number: ▮

IGNACIO M PANEQUE AND SONIA PANEQUE
4333 SW JARMER RD
PORT SAINT LUCIE, FL 34953

---

**IMPORTANT MESSAGE ABOUT THE ABOVE REFERENCED LOAN**

**Our records show that this loan is in foreclosure.** Per your request, we have enclosed information concerning the reinstatement of this loan.

**WHAT YOU NEED TO DO**

Please read all of the below information carefully so you will know when and how to stop the foreclosure process.

### (1) Act Quickly - Don't Delay
The amount to reinstate this loan must be received timely, which means a sufficient time before the foreclosure sale to allow your funds to be matched up with this loan. The enclosed Reinstatement Calculation is 'Good Through' 01/22/2016.

### (2) Payment Instructions - We Need to Know the Funds are From You
Reinstatement funds must be payable to 'Bank of America, N.A.'. **Reinstatements must be paid with certified funds or money order and mailed to one of the addresses listed below (walk-in payments will not be accepted). Funds must reference the BANK OF AMERICA, N.A. loan number, property address, and customer name. All of this information must be included on the certified check or money order so that we can properly identify these funds and post them to your account.** If we cannot identify the funds as belonging to you and this loan, they will be returned to the bank or entity that issued the funds, and they will not be applied to this loan. **Funds received after 3:00 p.m. Pacific Time may be posted the following business day.**

MAIL FUNDS TO:
Bank of America, N.A.
Payment Processing, PO Box 650070
Dallas, TX 75265-0070

OR SEND OVERNIGHT TO:
Bank of America, N.A.
Retail Payment Services, TX1-160-06-01,
Dallas InfoMart, STE 6020,
1950 N Stemmons FWY
Dallas, TX 75207-3134

If you have any questions about the information above or if you want to confirm that the funds have been received and applied to the loan to stop the foreclosure, please call 1-800-669-6650, Monday-Friday 7a.m. to 7p.m. Local Time.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. However, the purpose of this communication is to provide your reinstatement calculations. If you have previously obtained a discharge of your personal obligation for this debt under applicable bankruptcy law, this is not an attempt to collect, a demand for payment or an attempt to impose personal liability for that debt.

**(See following pages for important information.)**

## REINSTATEMENT CALCULATION
Page 3 of 4

## This Reinstatement Calculation is Only Good Through 01/22/2016

Customer: Ignacio M Paneque and Sonia Paneque
Loan Number: ███████          Date/Time Created: 12/27/2015 23:10

Payments*:                                                    $36,107.58
    5 Monthly Payments @          $1,384.20
    7 Monthly Payments @          $1,532.16
    3 Monthly Payments @          $1,536.49
    9 Monthly Payments @          $1,539.11

*For certain loan types, monthly payments in default will be calculated based on the "Minimum Payment" due, as defined in your loan documents.

| Item | Amount |
|---|---|
| Accrued Late Charges: | $.00 |
| Uncollected Late Charges: | $150.42 |
| Escrow Deficiency: | $.00 |
| Property Inspection Fees: | $285.00 |
| Property Preservation Fees: | $225.00 |
| Foreclosure Attorney/Trustee Fees: | $2,897.50 |
| Foreclosure Expenses: | $2,446.23 |
| Bankruptcy Attorneys' Fees: | $.00 |
| Bankruptcy Expenses: | $.00 |
| Other/Miscellaneous Fees: | $2,955.00 |
| LITIGATION MGT FEE | $910.00 |
| LITIGATION MGT FEE | $612.50 |
| LITIGATION MGT FEE | $280.00 |
| LITIGATION MGT FEE | $262.50 |
| LITIGATION MGT FEE | $630.00 |
| TITLE FEES | $260.00 |
| Sub-Total: | $45,066.73 |
| Suspense/Partial Payment: | $.00 |
| *Total Due: | *$45,066.73 |

(Handwritten annotation bracketing the LITIGATION MGT FEE / TITLE FEES entries: $2,955.00)

### THIS AMOUNT MUST BE PAID WITH CERTIFIED FUNDS OR MONEY ORDER
*Escrow Disclaimer*

Please note: Even if you reinstate this loan in accordance with this reinstatement quote, the escrow account balance may still be short of what we require. Following reinstatement, an escrow analysis will be performed on the account and, if any escrow shortage exists, the regular monthly payments will be increased to eliminate this shortage.

**\*(See following page for important information.)**

# REINSTATEMENT CALCULATION
Page 4 of 4

Customer:     Ignacio M Paneque and Sonia Paneque
Loan Number:  ▓▓▓▓▓▓▓▓▓

### (1) Disclaimer About *TOTAL DUE - You May Owe More:
The reinstatement amount is subject to change for various reasons, including but not limited to the following:
- Payments returned to us by the bank for any reason.
- Scheduled payment or payments from the escrow account (for taxes, insurance premiums or other escrow items).
- Additional foreclosure, bankruptcy, or other collection charges and fees.
- If the servicing of the loan was transferred to Bank of America, N.A., there may be adjustments to the reinstatement amount to reflect escrow disbursements made by, or payments owed to, the prior lender.
- If an error was made in the calculation of the '*Total Due*'.

### (2) Disclaimer About *TOTAL DUE - Amounts not included in the 'Total Due':
- Additional amounts may be due to Bank of America, N.A. but are not included in the reinstatement.
- These amounts will remain due and payable even if the account is reinstated in accordance with this reinstatement quote.

### (3) Disclaimer About *TOTAL DUE - You May Owe Less:
- You may owe less if a recently mailed payment has not yet posted to this account -- (Please **do not** place a stop payment on any check).
- To provide you with the convenience of an extended 'Good Through' date, the *'Total Due'* (see page 2) may include estimated expenses and fees, any additional payment which will become due during the 'Good Through' date, but which is not yet due, and other anticipated future disbursements.
- You will receive a refund if you pay the 'Total Due' and the fee(s) or expense(s) have not been incurred at the time you pay. However, we will retain and apply any regular monthly payments that are not yet due.
- If you are attempting to payoff your loan after the 'Good Through' date of 01/22/2016, please call 1-800-669-6650, Monday-Friday 7a.m. to 7p.m. Local Time and request an up-to-date payoff quote be mailed or faxed to you.

### (4) Unauthorized Transfers - No Waiver:
Lender's acceptance of reinstatement funds from a person or entity that is an unauthorized transferee of the Property is without prejudice to, or a waiver of, its right to require payment in full of all sums secured by the Security Instrument immediately or in the future. Lender reserves the option to pursue the acceleration remedies under the Security Instrument, notwithstanding reinstatement of any monetary default, if all or any part of the Property or any interest in the Property was sold or transferred without Lender's prior written consent.

### (5) Bankruptcy Discharge:
If in the past you received a discharge of this debt in a bankruptcy case, you have no personal obligation to repay the debt under the Bankruptcy Code. The discharge protects you from any efforts by anyone to collect this discharged debt from you personally. On the other hand, your loan documents permit foreclosure if the requirements under the loan documents are not met. This quick summary is not intended as legal advice. You should consult with your own advisors if you have legal questions about your rights. **This is not an attempt to collect a debt that has been discharged. This is not a demand for payment.**



|  |  |
|---|---|
| Payoff Requested Good Through | 1/22/2016 |
| Reinstatement Requested Good Through | 1/22/2016 |

|  |  |
|---|---|
| Client: | BAC-FL-Ignacio Paneque and Sonia Paneque |
| File Number: | 04-073806 |
| Date Figures were Ordered: | 12/24/2015 |

**Fees:**

| Line Item Description | Recoverable/Non-Recoverable | Actual/Estimated/Prior Balance | Amount |
|---|---|---|---|
| Fees Incurred Outside the Fee Schedule | Recoverable | Estimated | $ 250.00 |
| Legal Fee for Cancellation of Action | Recoverable | Estimated | $ 250.00 |
| Allowable Legal Fees | Recoverable | Actual - Billed to the Client and Invoice is Outstanding | $ 420.00 |
| Fees Incurred Outside the Fee Schedule | Recoverable | Actual - Billed to the Client and Invoice is Outstanding | $ 420.00 |
| Fees Incurred Outside the Fee Schedule | Recoverable | Actual - Billed to the Client and Invoice is Outstanding | $ 250.00 |

**Costs:**

| Line Item Description | Recoverable/Non-Recoverable | Actual/Estimated/Prior Balance | Amount |
|---|---|---|---|
| Court Costs- Cost Bond | Recoverable | Actual - Billed to the Client and Invoice is Outstanding | $ 111.50 |
| Publication Costs | Recoverable | Actual - Billed to the Client and Invoice is Outstanding | $ 390.00 |
| Dismissal | Recoverable | Estimated | $ 18.50 |

|  |  |
|---|---|
| Total Actual Unbilled to the Client Fees: | $ - |
| Total Estimated Fees: | $ 500.00 |
| Total Actual Billed to the Client Fees: | $ 1,090.00 |
| Total Fees: | $ 1,590.00 |
| Total Actual Unbilled to the Client Costs: | $ - |
| Total Estimated Costs: | $ 18.50 |
| Total Actual Billed to the Client Costs: | $ 501.50 |
| Total Costs: | $ 520.00 |
| Total Fees and Costs: | $ 2,110.00 |

Frenkel Lambert Weiss Weisman Gordon, LLP
Finance Dept.
53 Gibson Street
Bay Shore, NY 11706
(631)969-3100
WWW.FLWLAW.COM