# Exhibit E

**THE LAW OFFICE OF**
**CHRISTOPHER W. LEGG, P.A.**
3837 HOLLYWOOD BLVD., STE. B
HOLLYWOOD, FL 33021
P: 954-962-2333

February 22, 2016

<u>*Via US Certified Mail –Return Receipt Requested*</u>

Frenkel Lambert Weiss
Weisman & Gordon, LLP
20 West Main Street
Bay Shore, NY 11706

   Re: Ignacio Paneque
      4333 SW Jarmer Road
      Port Saint Lucie, FL 34953
      Loan No.: 870329120

To Whom It May Concern:

 My law firm represents Ignacio Paneque. As stated in the enclosed Complaint, Bank of America has breached its contractual obligations and Florida law in its handling of my client's and other borrowers' loans in the putative Class. Further, your firm has violated Florida and Federal law with regard to estimated reinstatement loan amounts.

 Should you wish to make a cure offer, please contact me within twenty (20) days upon receipt of this letter.

 Feel free to contact me at the above telephone number if you wish to discuss this matter.

           Sincerely,

           Christopher W. Legg, Esq.

**THE LAW OFFICE OF**
**CHRISTOPHER W. LEGG, P.A.**
3837 HOLLYWOOD BLVD., STE. B
HOLLYWOOD, FL 33021
P: 954-962-2333

February 22, 2016

*<u>Via US Certified Mail –Return Receipt Requested</u>*

Bank of America
355 Alhabmbra Circle, Suite 1370
Coral Gables, FL 33134

      Re:    Ignacio Paneque
                  4333 SW Jarmer Road
                  Port Saint Lucie, FL 34953
                  Loan No.: 870329120

To Whom It May Concern:

    My law firm represents Ignacio Paneque. As stated in the enclosed Complaint, Bank of America has breached its contractual obligations and Florida law in its handling of my client's and other borrowers' loans in the putative Class.

    Should you wish to make a cure offer, please contact me within twenty (20) days upon receipt of this letter.

    Feel free to contact me at the above telephone number if you wish to discuss this matter.

Sincerely,

Christopher W. Legg, Esq.