**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Civil Action No. 1:16-cv-21212-GAYLES**

IGNACIO PANEQUE, *on behalf of himself and all others similarly situated*,

    Plaintiff,

vs.

BANK OF AMERICA, N.A. and, FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS

Plaintiff Ignacio Paneque respectfully submits the above-styled motion and requests the following:

1. That the Court enter the attached proposed order (attached as Exhibit 1) that preliminarily approves the proposed Settlement Agreement (attached as Exhibit 2) and directs the parties to carry out their obligations pursuant to the Settlement Agreement. As part of the Settlement Agreement, the parties have agreed to the proposed Order (captioned "Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Certifying Class For Settlement Purposes, Directing the Issuance of Class Notice, of Class Notice, and Scheduling a Final Approval Hearing"). Capitalized terms in this Motion shall, unless otherwise defined herein, have the same meaning as in the Settlement Agreement.

2. That the Court appoint Ignacio Paneque as class representative and appoint James L. Kauffman of Bailey & Glasser LLP, J. Dennis Card and Darren Newhart of Consumer Law Group, P.A. and Christopher Legg of Christopher W. Legg, P.A., as class counsel for settlement purposes.

3. That, the Court conditionally certify the following class for settlement purposes:

> All borrowers who, according to readily accessible data and other electronic records of the Defendants, requested or received, either directly or indirectly through an agent, attorney, or other person or entity acting or purporting to act on the borrower's behalf, a Reinstatement Quote concerning a Mortgage Loan from either Bank of America, N.A. or Frenkel Lambert Weiss Weisman & Gordon, LLP at any time during the Class Period.

Excluded from this proposed Settlement Class are any: (i) individuals who are or were, during the proposed Class Period, officers or directors of the Defendants or any of their respective affiliates; (ii) any justice, judge, or magistrate judge of the United States or any State, their spouses, and persons within the third degree of relationship to either of them, or the spouses of such persons; and (iii) all borrowers who file a timely and proper request to be excluded from the Settlement Class in accordance with Section 2.07 of the Settlement Agreement.  The settlement Class Period runs from April 6, 2013 through the date of execution of the Settlement Agreement

4. That the Court adopt the following proposed schedule, the Court's calendar permitting, for completion of remaining tasks:

*Class Notice mailed to Class Members:* forty-nine (49) days after entry of the proposed Preliminary Approval Order.

*Plaintiff's Motions/Applications for Attorney Fee/Litigation Cost and Class Representative Awards:* forty-two (42) days before Court Approval Hearing.

*Class Member Objection/Opt-out Deadline:* twenty-eight (28) days before Court Approval Hearing.

*Motion for Final Approval:* fourteen (14) days prior to Court Approval Hearing.

*Other submissions by Plaintiff's or Defendants:* fourteen (14) days before Court Approval Hearing.

*Court Approval Hearing:* Approximately one hundred twenty (120) days after entry of the proposed Preliminary Approval Order.

5. Plaintiff is authorized to state that Defendants do not oppose the relief sought by this Motion—*i.e.*, the entry of the Preliminary Approval Order in the form attached hereto as Exhibit 1.

6. Grounds for this motion are set forth in the accompanying Memorandum.

7. Attached to this motion are the following exhibits:

Exhibit 1:   Proposed Preliminary Approval Order

Exhibit 2:   Stipulation and Settlement Agreement with Exhibits.

Exhibit 3:   Declaration of James L. Kauffman.

Dated: May 8, 2017

Respectfully submitted,

*/s/ James L. Kauffman*
James L. Kauffman (Fla. Bar No. 12915)
BAILEY & GLASSER, LLP
1054 31st Street, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 342-2103
Email: jkauffman@baileyglasser.com

J. Dennis Card, Jr., (Fla. Bar No. 0487473)
Darren Newhart (Fla. Bar No. 0115546)
Consumer Law Organization, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone: (954) 921-9994
Facsimile: (305) 574-0132
E-mail: DCard@Consumerlaworg.com

Christopher Legg (Fla. Bar No. 44460)
Christopher W. Legg, P.A.
3837 Hollywood Blvd., Suite B
Hollywood, FL 33021

Telephone: (954) 235-3706
Facsimile: (954) 927-2451
Email: ChrisLeggLaw@gmail.com

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 8, 2016, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent be e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                            */s/ James L. Kauffman*
                                                            James L. Kauffman