# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action No. 1:16-cv-21212-GAYLES

IGNACIO PANEQUE, *on behalf of himself
and all others similarly situated*,

    Plaintiff,

vs.

BANK OF AMERICA, N.A. and, FRENKEL
LAMBERT WEISS WEISMAN &
GORDON LLP,

    Defendants.
_____/

## Declaration of James L. Kauffman

James L. Kauffman deposes and states upon his oath and under the penalty of perjury that he is competent to testify and makes this Declaration based upon personal knowledge, and, if called upon to testify, would testify as follows:

1. I am submitting this declaration to state my qualifications and those of Bailey & Glasser LLP, Consumer Law Group, P.A., and Christopher W. Legg, P.A. to serve as class counsel in this case, and to outline the basis for my opinion that the proposed class action settlement with Defendants Bank of America, N.A. and Frenkel Lambert Weiss Weisman & Gordon, LLP merits approval.

2. I received my B.A. from the University of Florida, with a Bachelor's of Science in Business Administration in 1998. I am a 2002 graduate, with honors, of the University of Florida, Levin College of Law. I am licensed to practice law in Arkansas, Florida and the District of Columbia.

3. I was admitted to the Arkansas Bar in 2003, the Florida Bar in 2005, and the District of Columbia Bar in 2014. In January 2014, I joined the law firm Bailey & Glasser LLP.

4. Since 2003, I have concentrate my practice in class actions and consumer finance matters. I have served or am serving as class counsel in a number of cases, including:

- *Spinelli v. Capital One Bank* (USA), No. 8:08-132-T-33EAJ (M.D. Fla.) ($250 million recovery in credit card class action).

- *Intermountain Ironworkers Trust Fund v. Todd Farha, et al.,* Case Nos. 07-015349, 07-015846 (Fla. Cir. Ct.) ("WellCare Health Plans Derivative Litigation") (Represented shareholders in Medicare fraud case resulting in significant corporate reforms and the removal of company CEO, CFO and General Counsel).

- *In Re Semtech Corp. Securities Litigation*, Case No. 2:07-07114-CAS (C.D. Cal.) ($20 million recovery on behalf of shareholders in connection with the backdating of employee stock option grants).

- *Shore v. JP Morgan Chase Bank, N.A., et al.,* Case No. 16-cv-60125-JIC (S.D. Fla.) ($400,000 recovery for borrowers as a result of reinstatement quotes)

- *Jessop v. Bankers Trust Company, et al.,* Case No. 2:14-cv-00916 (D. Utah) ($19.8 million settlement recovery on behalf of employee stock ownership plan participants for ERISA claims)

- *Navelski v. International Paper Company*, Case No. Case No. 3:14-cv-445 MCR/CJK (N.D. Fla.) (Certified class on behalf of homeowners of 317 homes in a neighborhood alleged to be flooded by Defendant's dam breaking).

5. Attorneys J. Dennis Card Jr. and Darren Newhart are with Consumer Law Organization, P.A., a firm that focuses primarily on consumer protection cases. Mr. Card has been lead counsel in over 800 federal consumer cases in Florida district courts and over 500 Florida state court cases. Mr. Card has tried more than 20 cases to verdict. He is lead counsel in the case *Prescott v. Seterus, Inc.*, Civil Action No.: 0:13-cv-62338-BB (S.D. FL), a nationally known case that prohibited banks and mortgage servicers from charging and fees or costs unless they are actually incurred.

6.  Christopher W. Legg's practice focuses on the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.*, the Florida Consumer Collection Practices Act, Fla. Stat. §559, *et seq.*, and the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* Mr. Legg has obtained settlements of close to $1 million for clients and he has litigated several consumer class actions. Mr. Legg is currently serving or has served as class counsel in the following matters:

- *In re Experian Data Breach Litigation,* Civil Action No.: 8:15-cv-01592 (C.D. CA) (counsel for a plaintiff)

- *Torongo v. Robert G. Roy, D.V.M., M.S., P.A.,* Civil Action No.: 9:15-cv-81490 (S.D. FL) (co-counsel for plaintiff)

- *Garzon v. Gulf Coast Collection Bureau, Inc.,* Civil Action No.: 8:15-cv-2678 (M.D. FL) (co-counsel for plaintiff)

7.  The settlement reached between the parties was the product of serious, informed and non-collusive negotiations. The result achieved was outstanding and consistent with other similar cases. It will pay class members compensation in consideration for the release of their statutory and related claims against the Defendants.

Executed this 8th day of May, 2017 in Washington, DC.

_____
James L. Kauffman